| | | |
|---|---|---|
| People v Swartele | County Ct, 12/16/15 (Yates) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Tavarez | App Term, 1st Dept: 53 Misc 3d 151(A) (Bronx) | denied 1/23/17 (Fahey, J.) |
| People v Taylor (La-Meik) | 3d Dept: 144 AD3d 1317 (Albany) | denied 1/30/17 (Fahey, J.) |
| People v Taylor (Terrell) | 1st Dept: 142 AD3d 465 (NY) | denied 1/18/17 (Fahey, J.) |
| People v Terborg | App Div, 4th Dept: 2016 NY Slip Op 88959(U) (Monroe) | dismissed 1/18/17 (Stein, J.) |
| People v Terranova | 2d Dept: 144 AD3d 952 (Richmond) | denied 1/18/17 (Fahey, J.) |
| People v Thomas | 2d Dept: 143 AD3d 1006 (Queens) | denied 1/24/17 (Garcia, J.) |
| People v Thornton | 3d Dept: 141 AD3d 936 (St. Lawrence) | denied 1/17/17 (Fahey, J.) |
| People v Turner (Myrrheleki) | 1st Dept: 143 AD3d 566 (NY) | denied 1/17/17 (Fahey, J.) |
| People v Turner (Robert) | App Term, 2d Dept, 9th & 10th Jud Dists: 53 Misc 3d 130(A) (Nassau) | denied 1/17/17 (Stein, J.) |
| People v Urbina | 2d Dept: 143 AD3d 924 (Westchester) | denied 1/17/17 (Fahey, J.) |
| People v Velez | 1st Dept: 144 AD3d 493 (NY) | denied 1/17/17 (Fahey, J.) |
| People v Venable | 2d Dept: 144 AD3d 713 (Kings) | denied 1/11/17 (Stein, J.) |
| People v Wade | 1st Dept: 143 AD3d 470 (NY) | denied 1/9/17 (Stein, J.) |
| People v Waterman | App Div, 1st Dept: 2016 NY Slip Op 88587(U) (NY) | denied 1/23/17 (Fahey, J.) |
| People v Wenner | 4th Dept: 143 AD3d 1268 (Monroe) | denied 1/30/17 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept, 10/3/16 (Monroe) | dismissed 1/19/17 (Abdus-Salaam, J.) |
| People v Williams (Thomas) | 1st Dept: 143 AD3d 403 (Bronx) | denied 1/18/17 (Fahey, J.) |
| People v Wilson (Shamduh) | 2d Dept: 141 AD3d 737 (Kings) | denied 1/23/17 (DiFiore, Ch. J.) |
| People v Wilson (Verniel) | 4th Dept: 144 AD3d 1500 (Monroe) | denied 1/26/17 (Garcia, J.) |
| People v Womack | 3d Dept: 143 AD3d 1171 (Schenectady) | denied 1/24/17 (Garcia, J.) |
| People v Young | 1st Dept: 144 AD3d 500 (NY) | denied 1/23/17 (Garcia, J.) |
| People v Yusuf | 2d Dept: 142 AD3d 1029 (Nassau) | denied 1/4/17 (Stein, J.) |
| People v Zaffuto | 2d Dept: 138 AD3d 1156 (Richmond) | denied 1/19/17 (Abdus-Salaam, J.) |